United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MERINO,

    Plaintiff,

v.

CHRISTOPHER HITE, et al.,

    Defendants.

                                     /

No. C 07-02097 JSW

**ORDER REFERRING MOTION TO QUASH SERVICE TO MAGISTRATE JUDGE CHEN**

Pursuant to Local Rule 72-1, Defendants' motion to quash service and dismiss the complaint in the above captioned matter is HEREBY REFERRED to Magistrate Judge Chen to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: August 27, 2007

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE

cc: Wings Hom / Karen Hom
     Betty Fong

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MERINO,

        Plaintiff,

v.

CHRISTOPHER HITE et al,

        Defendant.

Case Number: CV07-02097 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew Martin Gschwind
San Francisco City Attorney's Office
1390 Market Street, 6th Floor
San Francisco, CA 94102

Anthony Merino
22 Terra Vista Avenue, #G2
San Francisco, CA 94115

Dated: August 27, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MERINO,

    Plaintiff,

v.

CHRISTOPHER HITE, et al.,

    Defendants.

No. C 07-02097 JSW

**ORDER REFERRING MOTION TO QUASH SERVICE TO MAGISTRATE JUDGE CHEN**

Pursuant to Local Rule 72-1, Defendants' motion to quash service and dismiss the complaint in the above captioned matter is HEREBY REFERRED to Magistrate Judge Chen to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: August 27, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom / Karen Hom
    Betty Fong

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MERINO,

    Plaintiff,

v.

CHRISTOPHER HITE et al,

    Defendant.

Case Number: CV07-02097 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew Martin Gschwind
San Francisco City Attorney's Office
1390 Market Street, 6th Floor
San Francisco, CA 94102

Anthony Merino
22 Terra Vista Avenue, #G2
San Francisco, CA 94115

Dated: August 27, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MERINO,

    Plaintiff,

v.

CHRISTOPHER HITE, et al.,

    Defendants.

No. C 07-02097 JSW

**ORDER REFERRING MOTION TO QUASH SERVICE TO MAGISTRATE JUDGE CHEN**

Pursuant to Local Rule 72-1, Defendants' motion to quash service and dismiss the complaint in the above captioned matter is HEREBY REFERRED to Magistrate Judge Chen to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: August 27, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom / Karen Hom
    Betty Fong

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MERINO,

        Plaintiff,

v.

CHRISTOPHER HITE et al,

        Defendant.

Case Number: CV07-02097 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew Martin Gschwind
San Francisco City Attorney's Office
1390 Market Street, 6th Floor
San Francisco, CA 94102

Anthony Merino
22 Terra Vista Avenue, #G2
San Francisco, CA 94115

Dated: August 27, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MERINO,

    Plaintiff,

v.

CHRISTOPHER HITE, et al.,

    Defendants.
_____/

No. C 07-02097 JSW

**ORDER REFERRING MOTION TO QUASH SERVICE TO MAGISTRATE JUDGE CHEN**

Pursuant to Local Rule 72-1, Defendants' motion to quash service and dismiss the complaint in the above captioned matter is HEREBY REFERRED to Magistrate Judge Chen to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: August 27, 2007

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

cc: Wings Hom / Karen Hom
     Betty Fong

**United States District Court**
For the Northern District of California

1                 UNITED STATES DISTRICT COURT

2                            FOR THE

3               NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANTHONY MERINO, | Case Number: CV07-02097 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. |  |
| CHRISTOPHER HITE et al, |  |
| Defendant. |  |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew Martin Gschwind
San Francisco City Attorney's Office
1390 Market Street, 6th Floor
San Francisco, CA 94102

Anthony Merino
22 Terra Vista Avenue, #G2
San Francisco, CA 94115

Dated: August 27, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MERINO,

    Plaintiff,

v.

CHRISTOPHER HITE, et al.,

    Defendants.

No. C 07-02097 JSW

**ORDER REFERRING MOTION TO QUASH SERVICE TO MAGISTRATE JUDGE CHEN**

Pursuant to Local Rule 72-1, Defendants' motion to quash service and dismiss the complaint in the above captioned matter is HEREBY REFERRED to Magistrate Judge Chen to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: August 27, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom / Karen Hom
    Betty Fong

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MERINO,

        Plaintiff,

v.

CHRISTOPHER HITE et al,

        Defendant.

Case Number: CV07-02097 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew Martin Gschwind
San Francisco City Attorney's Office
1390 Market Street, 6th Floor
San Francisco, CA 94102

Anthony Merino
22 Terra Vista Avenue, #G2
San Francisco, CA 94115

Dated: August 27, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk