IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MERINO,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTOPHER HITE, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-02097 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

This matter is set for a hearing on March 14, 2008 on Defendants' motion to dismiss the amended complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than **February 15, 2008** and a reply brief shall be filed by no later than **February 22, 2008**. Plaintiff Anthony Merino has an obligation to file an opposition to Defendants' motion and failure to do so may result in the **dismissal** of this case.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: January 28, 2008

                                                 JEFFREY S. WHITE<br>
                                               UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MERINO,<br><br>  Plaintiff,<br><br>v.<br><br>CHRISTOPHER HITE et al,<br><br>  Defendant. | Case Number: CV07-02097 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew Martin Gschwind
San Francisco City Attorney's Office
1390 Market Street, 6th Floor
San Francisco, CA 94102

Anthony Merino
22 Terra Vista Avenue, #G2
San Francisco, CA 94115

Dated: January 28, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk