**FILED**

FEB 0 4 2008 **RECEIVED**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

FFR - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | ANTHONY MERINO
In Pro Per
2 | 22 Terra Vista Ave. #G2
San Francisco, California 94115
3 | Telephone: (415) 286-3930

4 | BRENDAN CONROY
Defendant
5 | 255 Kansas Street, Suite340
San Francisco, CA 94103
6 | Tel: (415) 565-9600
Fax: (415) 565-9601

7

8 | **IN THE**
**UNITED STATES DISTRICT COURT**
9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 | ANTHONY MERINO,                                    Case No. CV-07-02097 JSW (EMC)

11 |         Plaintiff,                                 **STIPULATION OF DISMISSAL**

12 | vs.

13 | CHRISTOPHER HITE,
TERESA CAFFESE,
14 | DAVID MERIN,
KAMALA D. HARRIS,
15 | BRENDAN CONROY
VICTORIA  BALDOCCHI
16 |
Defendants.
17 |

18

19 |         Whereas on January 3, 2008, Plaintiff added Brendan Conroy as a

20 | defendant in this action based on Mr. Conroy's role as Plaintiff's court-appointed

21 | counsel;

22 |         Whereas Plaintiff and Mr. Conroy agree plaintiff's claims against Mr. Conroy

23 | are subject to dismissal pursuant to Fed. R. Civ. P. 41(a)(1);

24

1

1    Whereas Plaintiff and Mr. Conroy agree that the claims against Mr. Conroy

2    should be dismissed with prejudice, with each party bearing his own costs;

3        IT IS HEREBY STIPULATED AND AGREED that each and every claim against

4    Mr. Conroy set forth in the Amended Complaint be dismissed with prejudice pursuant

5    to Fed. R. Civ. P. 41(a)(1).

6

7                                                         By: _____
                                                              ANTHONY MERINO
8                                                                         Plaintiff

9

10                                                        By: _____
                                                              BRENDAN CONROY
11                                                                      Defendant

12        Based on the foregoing, and for good cause shown, the Court hereby DISMISSES

13   WITH PREJUDICE the claims against Mr. Conroy as set forth in the Amended

14   Complaint. Plaintiff and Mr. Conroy shall each bear his own costs.

15
                                                          IT IS SO ORDERED.
16
                                                          Dated _____
17

18
                                                          _____
19                                                        The Honorable Jeffrey White
                                                          United States District Judge
20

21

22

23

24

                                                                            2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


ANTHONY MERINO,

        Plaintiff,

v.

CHRISTOPHER HITE et al,

        Defendant.

_____/

Case Number: CV07-02097 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Anthony Merino
22 Terra Vista Avenue, #G2
San Francisco, CA 94115

Dated: February 4, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk